FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 SEP 12 AM 10: 34

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| MILTON EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CV611-037 |
| APPALACHIAN MOUNTAIN ) | |
| SERVICES, INC; SCREVEN ) | |
| COUNTY TAX COMMISSIONERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12th day of Sept, 2011.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA